```
FILED
April 09, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Laura Loera
                DEPUTY
```

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **EP25CV0116**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **4 PILLAR CONSULTING LLC**
was recieved by me on **4/09/2025:**

☐    I personally served the summons on the individual at *(place)* on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **Register Agents Inc.**, who is designated by law to accept service of process on behalf of **4 PILLAR CONSULTING LLC** at **90 State St Ste 700, Office 40, Albany, NY 12207** on **04/09/2025 at 12:56 PM**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  04/09/2025

*Server's signature*

**Francisco Cruz**
*Printed name and title*

**526 Warren St.**
**Albany, NY 12208**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; CIVIL COVER SHEET; PLAINTIFF'S COMPLAINT FOR DAMAGES AND JURY DEMAND,  to Register Agents Inc., Registered Agent with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with glasses.**



Tracking #: **0165098293**

