**FILED**
June 20, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Laura Loera_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **JORGE DURON,** | § § § |
| **Plaintiff,** | § § |
| v. | § §  Case No.: 3:25-cv-00116-KC |
| **4 PILLAR CONSULTING, LLC,** a New York Limited Liability Company | § § § § |
| **Defendant.** | § § § |

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS

Plaintiff Jorge Duron files the Notice of Voluntary Dismissal pursuant to Fed. R. Civ P. 41(a)(1)(A)(i). Plaintiff's claims against Defendant 4 Pillar Consulting LLC are dismissed **with prejudice.**

Dated: June 20, 2025                    Respectfully submitted,

*/s/ Jorge Duron*

Plaintiff, Pro Se
9328 Lait Drive
El Paso, Texas 79925
915-929-8309
Duronjorge413@gmail.com